MILDRED TERRIS, on Behalf of Herself and Others, Respondent, *v.* JULIAN FOOD CORPORATION, Appellant, Impleaded with Others.

(Argued November 16, 1936; decided December 1, 1936.)

*Meyer Kivowitz* and *Adam Frank* for appellant.

*Nathan J. Gottlieb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.